IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 04 CR 161 |
| | ) | |
| ERNESTO ROCHEL-HERNANDEZ, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM OPINION

In sentencing the defendant, the court recognizes that it misspoke on two matters. It is the Southern District of California, not Arizona, that generally uses a "one size fits all" fast-track reduction (and it does so not by departure but by redefining the charge and the relevant conduct). Further, we overstated to defendant the period of imprisonment he could expect if he should ever return following deportation.

JAMES B. MORAN
Senior Judge, U. S. District Court

Feb. 23, 2005.